## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | : Docket No. 3:98CR146 (AWT) |
| RHONDA FARRAH | : July 31, 2024 |

### UNITED STATES' MOTION FOR RETURN OF ESCROWED BOND DOCUMENTS

This case was commenced by sealed indictment filed on August 12, 1998, and the Defendant, Rhonda Farrah ("Farrah") was arrested on August 13, 1998.  ECF #1.  Farrah was subsequently released on October 16, 1998 pursuant to an Appearance Bond entered by this Court.  ECF #6.  Then, on October 15, 1999, an amended substitute bond was "filed in vault" by the Clerk of Court.  ECF #99.  Farrah was tried and convicted by jury in 1999, and cash that had been posted to secure her appearance bond was then applied by the Court as a prepayment of restitution on February 15, 2000.  ECF #129. While awaiting sentencing, Farrah's bond was secured by real property and on August 17, 2000, the Government submitted to the Clerk of Court certain documents supporting the real property bond, which is commonly referred to as a "Bond Package".  ECF #153.  The Government requested that the Clerk hold the Bond Package in escrow in furtherance of Fed.R.Crim.P. 46, pending the conclusion of this case.  Farrah was sentenced on August 29, 2000, and her bond was subsequently exonerated by this Court on November 1, 2000.  ECF# 161.

The Clerk of Court recently issued a Notice to the Government concerning the Bond Package, confirming that this case has been disposed of, and requesting that the Government file a motion for return of the Bond Package.  ECF #207.  The Government has reviewed its file and

confirms that the file has been closed.  Accordingly, the Government has determined that there is no longer any need for the Clerk to maintain the Bond Package, and requests that the Clerk be directed to return the Bond Package materials to the Government.

Respectfully submitted,

Vanessa Roberts Avery
United States Attorney

/s/

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT   06510
(203) 821-3780/Fax: (203) 773-5392
Federal No. CT03393
Email: Christine.Sciarrino@usdoj.gov

<u>Certification</u>

I hereby certify that on July 31, 2024, a copy of the foregoing Motion was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/

Christine Sciarrino
Assistant United States Attorney